**Opinion issued September 30, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00353-CV

————————————

**NATIONAL LLOYDS INSURANCE COMPANY, Appellant**

**V.**

**DYRO PRODUCTIONS, INC., Appellee**

---

**On Appeal from the 125th Judicial District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-58749**

---

## MEMORANDUM OPINION

Appellant, National Lloyds Insurance Company, has filed a Motion for Non-Suit of Appeal, which we construe as a motion to dismiss the appeal. This motion has been on file with the Court for more than ten days, no other party has filed a

notice of appeal, and no opinion has issued.  *See* TEX. R. APP. P. 10.3(a), 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.